UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PMJ Capital Corp.,

              Plaintiff,

—v—

Frank Bauco, et al.,

              Defendants.

16-cv-6242 (AJN)(SDA)

ORDER

ALISON J. NATHAN, District Judge:

Before the Court is Judge Aaron's November 1, 2019 Report & Recommendation ("R & R") recommending that the Court grant the New York Athletic Club of the City of New York Inc.'s motion for attorneys' fees. *See* Dkt. No. 208.

When considering the findings and recommendations of a magistrate judge, the Court may "accept, reject, or modify [them], in whole or in part." 28 U.S.C. § 636(b)(1)(C). "The Court must make a *de novo* determination of any portions of a magistrate's report or find[ing]s to which a party raises an objection, and reviews only for 'clear error on the face of the record' when there are no objections to the R & R." *Brennan v. Colvin*, No. 13-cv-6338 (AJN)(RLE), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (quoting *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009)). Clear error is found only when, upon review of the entire record, the Court is "left with the definite and firm conviction that a mistake has been committed." *Laster v. Mancini*, No. 07–cv–8265 (DAB)(MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

Objections to Judge Aaron's R & R were due by November 15, 2019. *See* Dkt. No. 208 at 5–6; *see also* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). As of the date of this Order,

1

no objections have been filed. The Court thus reviews the R & R for clear error and finds none. The Court therefore adopts the R & R in its entirety and GRANTS New York Athletic Club's motion for attorneys' fees in the amount of $33,509.16.

This order resolves Dkt. No. 186.

SO ORDERED.

Dated: January ___, 2020
      New York, New York

ALISON J. NATHAN
United States District Judge