UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| PMJ CAPITAL CORP., ) | |
| ) | JAN 1 6 2020 |
| Plaintiff ) | |
| v. ) | Civil Action No. 16-cv-6242(AJN)(SDA) |
| ) | |
| THE LADY ANTOINETTE, her boilers, engines, ) | ~~PROPOSED~~ |
| tackle, machinery, equipment, appurtenances, etc., ) | JUDGMENT |
| *in rem* and FRANK BAUCO, ANTOINETTE ) | AGAINST FRANK |
| BAUCO, and the NEW YORK ATHLETIC ) | BAUCO |
| CLUB OF THE CITY OF NEW YORK INC., ) | |
| *in personam*, ) | |
| ) | |
| Defendants. ) | |

-------------------------------------------------------------

It is hereby ORDERED, ADJUDGED AND DECREED that, pursuant to the Court's Order dated and entered January 8, 2020 (ECF No. 217) which granted the motion of defendant, NEW YORK ATHLETIC CLUB OF THE CITY OF NEW YORK ("NYAC") for an award of attorneys' fees in the amount of $33,509.16 against defendant FRANK BAUCO, Judgment hereby is granted in favor of NYAC and against defendant FRANK BAUCO in the amount of $33,509.16.

Dated: New York, New York
January 15, 2020

                                     RUBY J. KRAJICK
                                      Clerk of Court
                         By: _____
                              Alison J. Nathan, U.S.D.J