USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PMJ Capital Corp.,

                Plaintiff,

-against-

The Lady Antoinette et al,

                Defendants.

1:16-cv-06242 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Plaintiff's Motion for Default Judgment (ECF No. 209), which has been referred to me for a Report and Recommendation ("R&R") (ECF No. 213), contains a request for "attorneys' fees and costs to be established in accordance with Fed. R. Civ. P. 54." (Pl. Mem., ECF No. 210, at 14.) For purposes of judicial economy, and to avoid the need for two separate R&Rs, Plaintiff shall file its attorneys' fees application no later than January 30, 2020. Such application shall include the names and biographical information for the attorneys who worked on the matter, their hourly rates, the number of hours each attorney worked and an itemized daily description of their work performed. In addition, no later than January 30, 2020, Plaintiff shall submit a letter setting forth its position on whether the Court has *in rem* jurisdiction in order to grant default judgment *in rem* against the Vessel, in circumstances where the *res* (*i.e.*, the Vessel) already has been sold pursuant to a judicial sale under 46 U.S.C. § 31326(a). Any response by Defendants to Plaintiff's submission shall be made no later than February 6, 2020. **SO ORDERED.**

DATED:    New York, New York
                January 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge