USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PMJ Capital Corp., <br><br> Plaintiff, <br><br> –v– <br><br> Frank Bauco, et al., <br><br> Defendants. | 16-cv-6242 (AJN) (SDA) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

Before the Court is Judge Aaron's February 19, 2020 Report & Recommendation ("R & R") recommending that the Court grant Plaintiff PMJ Capital Corp.'s motion for default judgment against Defendants The Lady Antoinette and Frank and Antoinette Bauco. *See* Dkt. No. 230.

When considering the findings and recommendations of a magistrate judge, the Court may "accept, reject, or modify [them], in whole or in part." 28 U.S.C. § 636(b)(1). The Court must make a *de novo* determination of any portions of a magistrate's report, findings, or recommendations to which a party raises an objection, and reviews only for "clear error on the face of the record" when there are no objections to the R & R. *Brennan v. Colvin*, No. 13-cv-6338 (AJN) (RLE), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015); *see also Hicks v. Ercole*, No. 09-cv-2531 (AJN) (MHD), 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18, 2015); *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009). Clear error is found only when, upon review of the entire record, the Court is left with "the definite and firm conviction that a mistake has been committed." *Laster v. Mancini*, No. 07-cv-8265 (DAB) (MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

1

Objections to Judge Aaron's R & R were due by March 4, 2020.  *See* Dkt. No. 230 at 14; *see also* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  As of the date of this Order, no objections have been filed.  The Court thus reviews the R & R for clear error and finds none.  The Court therefore adopts the R & R in its entirety and GRANTS PMJ Capital Corp.'s motion for default judgment against Defendants The Lady Antoinette and Frank and Antoinette Bauco.  A default judgment *in rem* shall be entered against The Lady Antoinette and a default judgment in the amount of $288,895.32 shall be entered against Frank and Antoinette Bauco, jointly and severally.

This order resolves Dkt. No. 209.  The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

Dated: August 14, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge