```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PMJ Capital Corp.,

                Plaintiff,                16 **CIVIL** 6242 (AJN)(SDA)

      -against-                              **DEFAULT JUDGMENT**

Frank Bauco, et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2020, as of the date of the Order, no objections have been filed. The Court has reviewed the R & R for clear error and found none. The R & R is adopted in its entirety and PMJ Capital Corp.'s motion for default judgment is GRANTED against Defendants The Lady Antoinette and Frank and Antoinette Bauco. A default judgment in rem is entered against The Lady Antoinette and a default judgment in the amount of $288,895.32 is entered against Frank and Antoinette Bauco, jointly and severally; accordingly, the case is closed.

**Dated:** New York, New York
           August 17, 2020

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                        **BY:**
                                                        _____
                                                            Deputy Clerk